UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **04 CR 10318 RWZ** |
| ) | CRIMINAL NO.: |
| v. ) | |
| ) | VIOLATION: |
| ALBERTO TAPIA ) | 18 U.S.C. 2113(b) |
| ) | Bank Larceny |

INDICTMENT

COUNT ONE:    18 U.S.C. § 2113(b)  (Bank Larceny)

The Grand Jury charges that:

On or about July 7, 2003, at Haverhill, in the District of Massachusetts,

**ALBERTO TAPIA**,

defendant herein, did, take and carry away, with intent to steal and purloin, money in the amount of $54,680.00, more or less, belonging to and in the care, custody, control, management, and possession of Fleet Bank, a federally insured financial institution.

All in violation of Title 18, United States Code, Section 2113(b) and Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. CAPIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;          October 13, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   11:25 AM

§JS 45 (5/97) - (Revised USAO MA 1/15/04)

**04 CR 10318 RWZ**

**Criminal Case Cover Sheet**                                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** FBI

**City** Haverhill    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number   04M-1133-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Alberto Tapia          Juvenile  [ ] Yes  [x] No

Alias Name _____

Address _____

Birth date (Year only): 1951  SSN (last 4 #): 7125  Sex M  Race: Hispanic  Nationality: Dominican Rep.

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  John A. Capin          Bar Number if applicable _____

Interpreter: [X] Yes  [ ] No    List language and/or dialect: Spanish

Matter to be SEALED:  [x] Yes (CMG)  [ ] No

[ ] Warrant Requested    [ ] Regular Process    [x] In Custody

**Location Status:**

**Arrest Date:** _____

[x] Already in Federal Custody as  Pretrial Detainee  in  transport from out of district .
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  [ ] Complaint  [ ] Information  [x] Indictment

**Total # of Counts:**  [ ] Petty _____  [ ] Misdemeanor _____  [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** October 13, 2004    **Signature of AUSA:** /s/

**04 CR 10318 RWZ**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Alberto Tapia _____

U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | Bank Larceny | 18 U.S.C. 2113(b) and 2 | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

tapia js45.wpd - 1/15/04 (USAO-MA)