UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10318-RWZ

UNITED STATES OF AMERICA

v.

ALBERTO TAPIA

## FURTHER ORDER ON EXCLUDABLE TIME

January 13, 2005

DEIN, M.J.

An Interim Status Conference was held before this Court on January 13, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 13, 2005 through March 3, 2005

that being the period between the Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated October 25, 2004, November 29, 2004 and this order, at the time of the Interim Status Conference on March 3, 2005, there will be seven (7) days of non-excludable time under the Speedy Trial Act (November 22, 2004 - November 28, 2004) and sixty-three (63) days will remain under the Speedy Trial Act in which this case must be tried.

                                        / s / Judith Gail Dein
                                        JUDITH GAIL DEIN

United States Magistrate Judge