UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 1:04CR10318-RWZ-ALL |
| ALBERTO TAPIA, | ) | |
| | ) | |

**MOTION TO DECLARE FORFEITURE OF BAIL**

The United States of America moves this Court pursuant to 18 U.S.C. § 3146 (d) and Rule 46(e) of the Federal Rules of Criminal Procedure, to declare a forfeiture of the appearance bond executed by the defendant in the sum of $10,000.00, including the cash security for bail in the amount of $3,000.00 previously deposited in the Registry of the court.

In support of this motion, the government states as follows:

1. On October 13, 2004, the defendant was charged with one count of Bank Larceny in violation of 18 U.S.C. §2113 (b).

2. On October 25, 2004 bail was set at $10,000.00 including the cash security for bail in the amount of $3,000.00.

3. On January 13, 2005, the defendant failed to appear for a status report.

WHEREFORE, the United States respectfully requests, pursuant to 18 U.S.C. § 3146(d) that the court declare the defendant's appearance bond in the sum of $10,000.00 including the $3,000.00 cash deposit made by the defendant be forfeited to the United States Treasury in a separate account known as the Crime Victims Fund, pursuant to 42 U.S.C. § 10601.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

Dated: November 16, 2005     By:     /S/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3303

## CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above motion was served by first class mail, postage prepaid, upon the attorney for the defendant at the following address:

Robert S. Sinsheimer, Esq.
Sinsheimer & Associates
Four Longfellow Place
Suite 3501-06
Boston, MA 02114

Dated: November 16, 2005          /S/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney